**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE A. RODRIGUEZ and**    **CASE NO. 6:19-cv-1862-PGB-GJK**
**KARINA RODRIGUEZ,**

   **Plaintiffs,**

  **-vs-**

**GEICO GENERAL**
**INSURANCE COMPANY,**
**and GOVERNMENT**
**EMPLOYEES INSURANCE**
**COMPANY,**

   **Defendants.**
_____/

## JOINT PRE-TRIAL STATEMENT

Pursuant to the Court's Order Setting Case for Trial, Plaintiffs, JOSE A. RODRIGUEZ and KARINA RODRIGUEZ, and Defendants, GEICO GENERAL INSURANCE COMPANY,  and GOVERNMENT EMPLOYEES INSURANCE COMPANY, by and through their undersigned attorneys, hereby file their Joint Pre-Trial Statement as follows:

  **1.**   **JURISDICTION**

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. At all materials to this matter, Plaintiffs were citizens of the State of Florida. Defendants are foreign corporations.

A fair reading of the Complaint indicates that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

## 2.     STATEMENT OF THE NATURE OF THE ACTION

This is a claim for underinsured motorist benefits arising out of a rear-end automobile incident that occurred on September 29, 2015.

## BRIEF GENERAL STATEMENT OF EACH PARTY'S CASE

## Brief General Statement

This is a claim for underinsured motorist benefits arising out of a rear-end automobile incident that occurred on September 29, 2015. Plaintiff, JOSE A. RODRIGUEZ was driving his vehicle on U.S. 1 when it was struck in the rear by a vehicle driven by Keith Springer.  Mr. Rodriguez contends that he suffered injuries and damages as a result of the incident. Mrs. Rodriguez also seeks damages arising out of her husband's injuries.

As Mr. Rodriguez's automobile insurance carriers, GEICO GENERAL INSURANCE COMPANY, and GOVERNMENT EMPLOYEES INSURANCE COMPANY, stand in the shoes of Keith Springer. Defendants acknowledge that Mr. Springer was negligent in causing the automobile collision, but dispute the nature and extent of the Plaintiffs' claimed injuries and damages.

## 3.     A LIST OF ALL EXHIBITS AND RULE 5.04 EXHIBIT SUBSTITUTES TO BE OFFERED AT TRIAL WITH NOTATION OF ALL OBJECTIONS THERETO.

Copies of Parties' annotated exhibit lists have been attached.

## 4.     WITNESSES WHO MAY BE CALLED AT TRIAL

Copies of Parties' witness lists have been attached.

5.      **EXPERT WITNESSES WHO WILL BE CALLED AT TRIAL**

**Plaintiff's Experts**

Elizabeth Davis, PhD, RN, CRRN, CLCP, CRC
Gregory J. O'Shanick, M.D.
Devin K. Datta, M.D.

**Defendants' Experts**

Ernest Bordini, Ph.D.
James Schumacher, M.D.
Mark A. Spears, M.D.
David Basch, M.D., FAAOS
Victor L. Roberts, M.D.

6.      **ELEMENTS OF PLAINTIFFS' CLAIM AND ITEMIZATION OF DAMAGES**

The Plaintiffs are seeking the following compensatory damages:

**ECONOMIC DAMAGES:**

Past Medical
Expenses Future
Medical Expenses
Lost Wages
Lost Earning Capacity

**NON-ECONOMIC DAMAGES:**

Pain and Suffering
Mental Anguish
Loss of Capacity for the enjoyment of life
Impairment
Disability
Disfigurement
Consortium damages

**7.      STATEMENT OF FACTS ADMITTED**

This case arises out of a motor vehicle incident that occurred on September 29, 2015. Keith Springer caused the automobile incident, but the parties have a dispute over the nature and extent of the Plaintiffs' claimed injuries and damages, if any.

Plaintiffs were insured for underinsured motorist benefits under Policy No. 4315-53-26-65 issued by GEICO GENERAL INSURANCE COMPANY ("GEICO GENERAL"), which was in full force and effect on September 29, 2015.

**8.      STATEMENT OF AGREED UPON PRINCIPLES OF LAW**

Substantive law is controlled by Florida Law. The Federal Rules of Evidence and the Federal Rules of Civil Procedure apply when applicable.

**9.      ISSUES OF FACT WHICH REMAIN TO BE LITIGATED**

Causation;
Damages of Mr. Rodriguez, if any;
Damages of Mrs. Rodriguez, if any;
Coverage Policy #2;

**10.      ISSUES OF LAW WHICH REMAIN FOR DETERMINATION BY THE COURT**

Plaintiffs' Motion to Strike Dr. Bordini (DE 128).
All anticipated motions in limine to be filed.

**11.      STATEMENT OF DISAGREEMENT AS TO THE APPLICABILITY OF THE FEDERAL RULES OF CIVIL PROCEDURE AND EVIDENCE**

The parties have no significant disagreement.

## 12.   MOTIONS AND MATTERS REQUIRING ACTION BY THE COURT

Plaintiffs' Motion to Strike Dr. Bordini (DE 128).
Defendants' Motion to Extend Discovery. (DE 139).
Defendants' Motion to Continue Trial. (DE 138).
All anticipated motions in limine to be filed.

## 13.   SIGNATURES OF COUNSEL FOR ALL PARTIES

Date: <u>02/04/2021</u>

<u>s/Kenneth J. McKenna</u>
Kenneth J. McKenna, Esquire
Florida Bar No. 0021024
Daniel E. Smith, II, Esquire
DELLECKER, WILSON, KING, MCKENNA, RUFFIER & SOS
719 Vassar Street
Orlando, FL  32804
Phone: (407) 244-3000
Fax: (407) 244-3033
KJMeservice@dwklaw.com
DESeservice@dwklaw.com
Attorneys for Plaintiffs

<u>s/Scott A. Turner</u>
Scott A. Turner, Esq.
Florida Bar No. 0893722
BEACHSIDE LEGAL SERVICES, P.L.L.C.
1180 Highway A1A
Satellite Beach, Florida 3293
Telephone (321) 255-5501
sturner@beachsidelegal.com
Attorneys for Defendants



# EXHIBIT LIST

**X** **PLAINTIFF**   ___ **DEFENDANT**   _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   **6:19-CV-1862-ORL-40GJK**
**STYLE:**   **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY**
**AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | Objection. FRE 403. Cumulative. | **MEDICAL BILL SUMMARY** |
| 2 | | | | Objection. FRE 403. Cumulative. | **ANY/ALL CORROBORATING BILLS** |
| 3 | | | | Objection. FRE 103. Contains inadmissible matter. | **9.29.2015- ACCIDENT REPORT** |
| 4 | | | | | **PLAINTIFFS' PROPERTY DAMAGE ESTIMATES** |
| 5 | | | | | **PLAINTIFF'S TOTAL LOSS EVALUATION REPORT AND CERTIFICATE OF VEHICLE DESTRUCTION** |
| 6 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **PLAINTIFFS' PROPERTY DAMAGE PHOTOS** |
| 7 | | | | | **TORTFEASOR (SPRINGER) INITIAL PROPERTY DAMAGE ESTIMATE & PROPERTY DAMAGE PHOTOS** |
| 8 | | | | Objection. FRE 401. Relevancy. | **AFFIDAVIT ADMITTING FAULT- KEITH R. SPRINGER** |
| 9 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **7.18.2015-1.18.2016-GEICO AUTO UNDERLYING POLICY NUMBER 4315532665** |
| 10 | | | | Objection. FRE 403. Cumulative. | **9.29.2015- HOSPITAL RECORDS - VIERA HOSPITAL** |
| 11 | | | | | **MEDICAL RECORD- HEALTH FIRST MEDICAL GROUP - MARK SPEARS, MD** |

---

[1]   Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



**EXHIBIT LIST**

X___ **PLAINTIFF**   ___ **DEFENDANT**   _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   **6:19-CV-1862-ORL-40GJK**
**STYLE:**   **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | | MEDICAL RECORDS - THE BACK CENTER - DEVIN DATTA, M.D. |
| 13 | | | | | 11.12.2015- CT LUMBAR SPINE REPORT FROM NSI |
| 14 | | | | Objection. FRE 403. Cumulative. | 11.12.2015- CT LUMBAR SPINE FILMS FROM NSI |
| 15 | | | | | 11.25.2015- MRI LUMBAR SPINE WO CONTRAST REPORT FROM VIERA DIAGNOSTIC |
| 16 | | | | Objection. FRE 403. Cumulative. | 11.25.2015- MRI LUMBAR SPINE WO CONTRAST FILMS FROM VIERA DIAGNOSTIC |
| 17 | | | | | MEDICAL RECORDS - VIERA DIAGNOSTIC |
| 18 | | | | | 8.28.2016- HOSPITAL RECORDS - VIERA HOSPITAL |
| 19 | | | | | 11.8.2016- PRE-OP TESTS – WUESTHOFF MEDICAL CENTER |
| 20 | | | | | 11.11.2016 -11.20.2016- HOSPITAL RECORDS - HOLMES REGIONAL MEDICAL CENTER |
| 21 | | | | | 1.10.2017- X RAY LUMBAR SPINE REPORT FROM NSI |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

**X** **PLAINTIFF** ___ **DEFENDANT** _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   **6:19-CV-1862-ORL-40GJK**
**STYLE:**   **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY**
**AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 22 | | | | Objection. FRE 403. Cumulative. | **1.10.2017- X RAY LUMBAR SPINE FILMS FROM NSI** |
| 23 | | | | Objection. FRE 403. Cumulative. | **MEDICAL RECORDS - NSI** |
| 24 | | | | | **4.1.2017 THRU 4.30.2017 - PHYSICAL THERAPY RECORDS VIERA HOSPITAL** |
| 25 | | | | | **5.2.2018 MRI OF LUMBAR SPINE REPORT FROM FIRST CHOICE MEDICAL GROUP** |
| 26 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **5.2.2018 MRI OF LUMBAR SPINE FILMS- FIRST CHOICE MEDICAL GROUP** |
| 27 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MEDICAL RECORDS -MARC SHARFMAN, M.D.** |
| 28 | | | | | **7.13.2018 MRI OF BRAIN REPORT FROM NSI** |
| 29 | | | | Objection. FRE 403. Cumulative. | **7.13.2018 MRI OF BRAIN FILMS FROM NSI** |
| 30 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MEDICAL RECORDS – DAVID BASCH, MD, FAAOS** |
| 31 | | | | | **11.15.2011 MRI BRAIN REPORT FROM PROGRESSIVE DIAGNOSTIC IMAGING** |
| 32 | | | | Objection. FRE 403. Cumulative. | **11.15.2011 MRI BRAIN FILMS FROM PROGRESSIVE DIAGNOSTIC IMAGING** |

---

[1]   Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

X    PLAINTIFF    ___ DEFENDANT    _____ JOINT

___ GOVERNMENT ___ COURT

**CASE NO.**    **6:19-CV-1862-ORL-40GJK**
**STYLE:**    **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 33 | | | | | **12.16.2011 MRA OF BRAIN REPORT FROM PROGRESSIVE DIAGNOSTIC IMAGING** |
| 34 | | | | Objection. FRE 403. Cumulative. | **12.16.2011 MRA OF BRAIN FILMS FROM PROGRESSIVE DIAGNOSTIC IMAGING** |
| 35 | | | | | **11.16.2012 MRI LUMBAR SPINE REPORT FROM PROGRESSIVE DIAGNOSTIC IMAGING** |
| 36 | | | | Objection. FRE 403. Cumulative. | **11.16.2012 MRI LUMBAR SPINE FILMS FROM PROGRESSIVE DIAGNOSTIC IMAGING** |
| 37 | | | | Objection. FRE 401 Relevancy. | **BCSO - CONDITIONAL OFFER OF EMPLOYMENT FOR SWORN APPLICANTS re JOSE RODRIGUEZ** |
| 38 | | | | Objection. FRE 103, 401, 403 Contains inadmissible matter, relevancy, cumulative. | **6.27.2015- VIDEO OF PHYSICAL ABILITIES TEST (BCSO)** |
| 39 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2012 - RODRIGUEZ, JOSE A INDIVIDUAL -  TAX RETURN** |
| 40 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2013 - RODRIGUEZ, JOSE A INDIVIDUAL -  TAX RETURN** |
| 41 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2014 - RODRIGUEZ, JOSE A INDIVIDUAL -  TAX RETURN** |
| 42 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2015 - RODRIGUEZ, JOSE A INDIVIDUAL -  TAX RETURN** |
| 43 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2016 - RODRIGUEZ, JOSE A INDIVIDUAL -  TAX RETURN** |

[1]    Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

__X__ **PLAINTIFF**      ___ **DEFENDANT**      _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   __6:19-CV-1862-ORL-40GJK__
**STYLE:**   __RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY__
__AND GOVERNMENT EMPLOYEES INSURANCE COMPANY__

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 44 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2017 - RODRIGUEZ, JOSE A INDIVIDUAL - TAX RETURN** |
| 45 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **2018 - RODRIGUEZ, JOSE A INDIVIDUAL - TAX RETURN** |
| 46 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2013** |
| 47 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2014** |
| 48 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2015** |
| 49 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2016** |
| 50 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2017** |
| 51 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2018** |
| 52 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **MICRAY DEC P&L 2019** |
| 53 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **P&L 3-YEAR-VIEW 12-31-13** |
| 54 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **P&L 3-YEAR-VIEW 12-31-15** |

---

[1]   Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

**_X_  PLAINTIFF      ___ DEFENDANT      _____ JOINT**

**___ GOVERNMENT ___ COURT**

**CASE NO.**    **6:19-CV-1862-ORL-40GJK**
**STYLE:**    **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 55 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **P&L 3-YEAR-VIEW 12-31-17** |
| 56 | | | | Objection. FRE 401 and 403. Relevancy and cumulative. | **P&L 3-YEAR-VIEW 12-31-19** |
| 57 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **8.7.2020- LIFE TABLES** |
| 58 | | | | Objection. FRE 401. Relevancy. | **1.25.2019- CRN TO GEICO** |
| 59 | | | | Objection. FRE 401. Relevancy. | **1.30.2019- GEICO RESPONSE TO CRN** |
| 60 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **2.19.2018- UMBRELLA POLICY P7094200 COVERAGE DATES OF 8.18.2015-8.18.2016** |
| 61 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **P-LOGS GEICO** |
| 62 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **3.10.2020- P-LOGS GEICO** |
| 63 | | | | Objection. FRE 103, 401. Contains inadmissible matter, relevancy. | **7.19.2013- GEICO LETTER TO PLTS** |
| 64 | | | | Objection. FRE 103, 401. Contains inadmissible matter, relevancy. | **7.22.2013 -GEICO LETTER enc UM UMBRELLA POLICY** |
| 65 | | | | Objection. FRE 103, 401. Contains inadmissible matter, relevancy. | **8.18.2013- PARTIALLY COMPLETED PERSONAL UMBRELLA INSURANCE POLICY APPLICATION** |

---

[1]   Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

**X** PLAINTIFF _____ DEFENDANT _____ JOINT

_____ GOVERNMENT_____ COURT

CASE NO.   **6:19-CV-1862-ORL-40GJK**
STYLE:   **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 66 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **BLANK PERSONAL UMBRELLA INSURANCE POLICY APPLICATION** |
| 67 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **8.18.2013-8.18.2014 - GEICO UMBRELLA POLICY NUMBER P 7094200** |
| 68 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **APPLICATION DOCUMENTS** |
| 69 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **7.2.2015 -GEICO'S PERSONAL UMBRELLA POLICY NUMBER P7094200 FOR POLICY PERIOD OF 8.18.2015 -8.18.2016** |
| 70 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **STATEMENT - ROBERT T. ROSE** |
| 71 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter relevancy, cumulative. | **STATEMENT - HEATHER BROWN** |
| 72 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **STATEMENT - BO BARTLETT** |
| 73 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative | **ARTICLE -CDC** |
| 74 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **ARTICLE-ONTARIO** |
| 75 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **VA-DOD GUIDELINE RE MANAGEMENT OF CONCUSSION-MILD TRAUMATIC BRAIN INJURY** |
| 76 | | | | Objection. FRE 103, 401. Contains inadmissible matter, relevancy. | **4.27.20- AFFIDAVIT OF ADAM RICKENBACH** |

[1]  Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

<u>X</u>  **PLAINTIFF**        ___ **DEFENDANT**        _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**    <u>6:19-CV-1862-ORL-40GJK</u>
**STYLE:**    <u>RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY</u>
         <u>AND GOVERNMENT EMPLOYEES INSURANCE COMPANY</u>

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 77 | | | | Objection. FRE 103. Contains inadmissible matter. | **6.5.2020- DEPOSITION TRANSCRIPT OF JOSE A. RODRIGUEZ W/ EXHIBITS** |
| 78 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.13.2020 - DEPOSITION OF ADAM RICKENBACH W/ EXHIBITS** |
| 79 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.13.2020- DEPOSITION TRANSCRIPT OF TIMOTHY BOLES W/ EXHIBITS** |
| 80 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.18.2020- DEPOSITION TRANSCRIPT OF MARC SHARFMAN, MD W/ EXHIBITS** |
| 81 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.19.2020-DEPOSITION TRANSCRIPT OF GREGORY O'SHANICK, M.D. W/ EXHIBITS** |
| 82 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.27.2020- DEPOSITION TRANSCRIPT OF JAMES SCHUMACHER, M.D. W/ EXHIBITS** |
| 83 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.31.2020 - DEPOSITION TRANSCRIPT OF CHERYL SARNOWSKI W/ EXHIBITS** |
| 84 | | | | Objection. FRE 103. Contains inadmissible matter. | **8.31.2020 DEPOSITION TRANSCRIPT OF ELIZABETH A. DAVIS W/ EXHIBITS** |

---

[1]    Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit.   Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

**X** PLAINTIFF ___ DEFENDANT _____ JOINT

___ GOVERNMENT ___ COURT

CASE NO. **6:19-CV-1862-ORL-40GJK**
STYLE: **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY**
**AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 85 | | | | Objection. FRE 103. Contains inadmissible matter. | **9.1.2020- DEPOSITION TRANSCRIPT OF DEVIN K. DATTA, DO WITH EXHIBITS** |
| 86 | | | | Objection. FRE 103. Contains inadmissible matter. | **9.11.2020- DEPOSITION TRANSCRIPT OF CAROLYN WELBORN WITH EXHIBITS** |
| 87 | | | | Objection. FRE 103. Contains inadmissible matter. | **10.29.2020-DEPOSITION TRANSCRIPT OF ERNEST J. BORDINI, PH.D. WITH EXHIBITS** |
| 88 | | | | Objection. FRE 103. Contains inadmissible matter. | **11.9.2020-DEPOSITION TRANSCRIPT OF MARK A. SPEARS, M.D. WITH EXHIBITS** |
| 89 | | | | Objection. FRE 401, 403. Relevancy, cumulative. | **PHOTOGRAPHS OF PLAINTIFF** |
| 90 | | | | Objection. FRE 103. Contains inadmissible matter. | **CV- DAVIS** |
| 91 | | | | Objection. FRE 103. Contains inadmissible matter. | **CV- DATTA** |
| 92 | | | | Objection. FRE 103. Contains inadmissible matter. | **CV- O'SHANICK** |
| 93 | | | | Objection. FRE 103. Contains inadmissible matter. | **CV - BORDINI** |
| 94 | | | | Objection. FRE 103. Contains inadmissible matter. | **CV - SCHUMACHER** |
| 95 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **8.20.2019 - O'SHANICK - INITIAL EVALUATION REPORT** |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

__X__ **PLAINTIFF** ___ **DEFENDANT** _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.** __6:19-CV-1862-ORL-40GJK__
**STYLE:** **RODRIGUEZ VS. GEICO GENERAL INSURANCE COMPANY**
**AND GOVERNMENT EMPLOYEES INSURANCE COMPANY**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 96 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **5.20.2020 - O'SHANICK EXPERT REPORT** |
| 97 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **5.27.2020- DATTA EXPERT REPORT** |
| 98 | | | | Objection. FRE 103, 401, 403. Contains inadmissible matter, relevancy, cumulative. | **5.27.2020 - DAVIS EXPERT REPORT** |
| 99 | | | | | **CME VIDEO- JAMES SCHUMACHER, M.D.** |
| 100 | | | | | **CME VIDEO- ERNEST J. BORDINI, PH.D** |
| 101 | | | | Objection. FRE 401, 403. Relevancy, cumulative. | **MEDICAL RECORDS - FIRST CHOICE MEDICAL GROUP** |
| 102 | | | | Objection. FRE 401, 403. Relevancy, cumulative. | **PHARMACY RECORDS - PUBLIX** |
| 103 | | | | | **MEDICAL RECORDS:Viera Hospital 4.27.15** |
| 104 | | | | | **MEDICAL RECORDS: Viera Hospital 3.15.17** |
| 105 | | | | | |
| 106 | | | | | |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ **PLAINTIFF**       _X_ **DEFENDANT**       ____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**    6:19-cv-1862-Orl-40GJK

**STYLE:**    Jose A. Rodriguez and Karina Rodriguez v. Geico General Ins. Co. and
Government Employees Insurance Company

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | Foundation, hearsay, improper impeachment, Rule 403, Relevance. | Defendant's Responses to Request to Produce (1-463) |
| 2 | | | | Relevance as to Cover Sheet. Otherwise, agree. | Exhibits attached to Carolyn Welborn deposition (464-520) |
| 3 | | | | May be published to the jury, but not admitted into evidence as an exhibit. | Plaintiff, Jose Rodriguez' Answers to Interrogatories (521-537) |
| 4 | | | | May be published to the jury, but not admitted into evidence as an exhibit. | Plaintiff, Karina Rodriguez' Answers to Interrogatories (538-543) |
| 5 | | | | Agreed | Plaintiff's Response to Fourth Request to Produce (544-796) |
| 6 | | | | Agreed | Medical records - The Back Center (797-1258) |
| 7 | | | | Agreed. | Medical records - Brevard Physician Associates (1259-1265) |
| 8 | | | | Rule 106.  Completeness | Medical records - Dr. David Basch (1266-1317) |
| 9 | | | | Agreed. | Medical records - Dr. Gregory O'Shanick (1318-1429) |
| 10 | | | | Agreed. | Medical records - Dr. Stacy Walters (1430-1443) |
| 11 | | | | Agreed | Medical records - Dr. Victor Roberts (1444-1585) |

**Multiple records received from Third Parties still have legal documents as part of the proposed exhibit.  Plaintiffs object to legal documents such as subpoenas being including in the exhibits.**

---

[1] Use  a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box  on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ **PLAINTIFF**      _X_ **DEFENDANT**      _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   6:19-cv-1862-Orl-40GJK

**STYLE:**   Jose A. Rodriguez and Karina Rodriguez v. Geico General Ins. Co. and
Government Employees Insurance Company

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | Foundation, hearsay, rule 403 | Medical records - Dr. James Schumacher CME Report, Curriculum Vitae, Testimony List (1586-1612) |
| 13 | | | | Agreed | Medical records - Viera Hospital (1613-2152) |
| 14 | | | | Agreed | Medical records - Wuesthoff Hospital (2153-2160) |
| 15 | | | | Agreed | Medical records - Progressive Diagnostic Imaging (2161-2170) |
| 16 | | | | Agreed | Medical records - Publix Pharmacy (2171-2189) |
| 17 | | | | Agreed | Medical records - Medical Park Imaging (2190-2198) |
| 18 | | | | Agree to medical records. Object to the remaining records based on foundation, relevancy, 403, and hearsay. | Medical records - Marc Sharfman, MD (2199-2617) |
| 19 | | | | Agreed | Medical records - Health First Medical Group (2618-2908) |
| 20 | | | | Agreed | Medical records - First Choice Medical Group (2909-2912) |
| 21 | | | | Object to the letter from Dr. Ziegler based on relevancy, foundation, 403, hearsay and improper impeachment. | Medical records - Brian Ziegler, M.D. (2913-2947) |
| 22 | | | | Agreed | Medical records - Holmes Regional Medical Center (2948-3611) |

[1]  Use  a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box  on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

____ **PLAINTIFF**        __X__ **DEFENDANT**        _____ **JOINT**

____ **GOVERNMENT** ____ **COURT**

**CASE NO.**    6:19-cv-1862-Orl-40GJK

**STYLE:**    Jose A. Rodriguez and Karina Rodriguez v. Geico General Ins. Co. and Government Employees Insurance Company

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 23 | | | | Agreed | Medical records - NeuroSkeletal Imaging (3612-3624) |
| 24 | | | | Agreed | Medical records - Viera Diagnostic Center (3625-3657) |
| 25 | | | | Agreed | Medical records - Surgical Center at Millburn (3658-3707) |
| 26 | | | | Foundation, hearsay, rule 403 | Medical records - Dr. Ernest Bordini CME Report, Curriculum Vitae, Testimony List (5919-5997) |
| 27 | | | | Bates stamped copies were not provided.  In addition, completeness Rule 106 . | Medical records - Mark Spears, M.D.(5885-5918) |
| 28 | | | | Agreed | Photos from estimate (3726-3760) |
| 29 | | | | Agreed | Photos - Property damage to Springer vehicle (3761-3775) |
| 30 | | | | Agreed | Photos of scene (3708-3725) |
| 31 | | | | If proper foundation.  Not to be introduced as an exhibit. | Deposition transcripts (for impeachment purposes only)(5998) |
| 32 | | | | If proper foundation.  Not to be introduced as an exhibit. | Recorded statement of Plaintiff, Jose Rodriguez (3776-3791) |
| 33 | | | | Foundation, hearsay, improper impeachment, Rule 403, Relevance. | Surveillance/Online search materials (5623-5884) |

---

[1] Use  a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box  on the left must be one inch wide to accommodate the Clerk's date stamp.



# EXHIBIT LIST

___ **PLAINTIFF**      _X_ **DEFENDANT**      ____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**    6:19-cv-1862-Orl-40GJK

**STYLE:**    Jose A. Rodriguez and Karina Rodriguez v. Geico General Ins. Co. and
Government Employees Insurance Company

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 34 | | | | What was provided was not Plaintiff's 2017 Tax Returns. | Plaintiff's 2017 Tax Returns (3792-3808) |
| 35 | | | | Agreed | Plaintiff's 2018 Tax Returns (3809-3847) |
| 36 | | | | Foundation, hearsay, improper impeachment, Rule 403, Relevance. | Geico PIP file, including prior claims (3848-5620) |
| 37 | | | | Foundation, hearsay, improper impeachment, Rule 403, Relevance. | Collateral source file (5621-5622) |
| 38 | | | | Relevance, hearsay, rule 403. In addition, some of the documents are not medical records. | Medical Records - Advent Health Orlando (6035-7088) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1]  Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE A. RODRIGUEZ and**                    **CASE NO.: 6:19-cv-1862-Orl-40GJK**
**KARINA RODRIGUEZ,**

                    **Plaintiffs,**

          **-vs-**

**GEICO GENERAL INSURANCE**
**COMPANY and GOVERNMENT**
**EMPLOYEES INSURANCE**
**COMPANY,**

                    **Defendants.**
_____/

**PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs, JOSE A. RODRIGUEZ and KARINA RODRIGUEZ, pursuant to

Local Rule 3.06(c)(5), by their undersigned attorneys, file this *Plaintiffs' Trial  Witness*

*List* as follows:

**Witnesses that Plaintiffs Expect to Call at Trial:**

1.    Jose A. Rodriguez
      c/o Dellecker, Wilson, King, McKenna, Ruffier & Sos, LLP
      719 Vassar Street
      Orlando, Florida 32804
      Plaintiff.

2.    Karina Rodriguez
      c/o Dellecker, Wilson, King, McKenna, Ruffier & Sos, LLP
      719 Vassar Street
      Orlando, Florida 32804
      (407) 244-3000
      Plaintiff.

3.      Saturnino Rodriguez
        2909 Wyndham Way
        Melbourne, Florida 32940

4.      Jesus Rodriguez
        3297 Peninsula Circle
        Melbourne, Florida 32940

5.      Julian Rodriguez
        3718 Hollisten Circle
        Viera, Florida 32940

6.      Nicholas Rodriguez
        3718 Hollisten Circle
        Viera, Florida 32940

7.      Gregory J. O'Shanick, M.D.
        Center for Neurorehabilitation Services, P.C.
        7401 Beaufont Springs Drive
        Suite 205
        Richmond, Virginia 23225
        Plaintiffs' Retained Expert

8.      Elizabeth A. Davis, PhD, CRRN, CLCP, CRC, IPEC
        P.O. Box 754
        Cedar Bluff, Virginia 24609
        Plaintiffs' Retained Expert

9.      Devin K. Datta, M.D.
        Brevard Orthopaedic Spine Pain Clinic
        2222 S. Harbor City Blvd.
        Melbourne, Florida 32901

10.     Ernest J. Bordini, Ph.D.
        Clinical Psychology Associates of North Central Florida
        2121 NW 40th Street
        Suite B
        Gainesville, Florida 32605
        Defendants' Retained Expert

2

11.    James M. Schumacher, M.D.
       Sarasota Neurosurgery P.A.
       1921 Waldemere Street
       Suite 809
       Sarasota, Florida  34239

12.    Marc Irwin Sharfman, M.D.
       Headache and Neurological Treatment Institute
       2137 W. State Road 434
       Longwood, Florida 32779

13.    Syed Farhan Zaidi, M.D.
       2222 S. Harbor City Blvd.
       Suite 610
       Melbourne, Florida 32901

14.    Mark A. Spears, M.D.
       7125 Murrell Road
       Melbourne, Florida 32940

15.    David B. Basch, M.D.
       Spine & Orthopaedic Center of NJ, LLC
       90 Sparta Avenue
       Sparta, NJ  07871

16.    Romeo A. Bertolini, CPA
       Laufer, LLF
       406 Deer Park Avenue
       Babylon, New York 11702

17.    Carolyn Welborn
       c/o Scott A. Turner, Esq.
       Beachside Legal Services, P.L.L.C
       1180 Highway A1A
       Satellite Beach, Florida 32937

18.    Timothy Boles
       c/o Scott A. Turner, Esq.
       Beachside Legal Services, P.L.L.C
       1180 Highway A1A
       Satellite Beach, Florida 32937

3

19.     Cheryl Sarnowski
        c/o Scott A. Turner, Esq.
        Beachside Legal Services, P.L.L.C
        1180 Highway A1A
        Satellite Beach, Florida 32937

20.     Adam Rickenbach
        c/o Scott A. Turner, Esq.
        Beachside Legal Services, P.L.L.C
        1180 Highway A1A
        Satellite Beach, Florida 32937

**Witnesses that Plaintiffs May Call at Trial:**

21.     Keith Springer
        5586 Bear Run
        Patrick AFB, Florida 32925

22.     Brent C. Harmon
        4313 Canela Road
        Cocoa, Florida 32927

23.     Fonda E. Moore-Harmon
        4313 Canella Road
        Cocoa, Florida 32927

24.     Trooper R.M. Sousa
        Florida Highway Patrol- Troop D
        133 S. Semoran Blvd.
        Suite A
        Orlando, Florida 32807

25.     Honorable Charles Crawford
        301 N. Park Avenue
        Suite 301
        Sanford, Florida 32771

26.     Sheriff Wayne Ivey
        700 S. Park Avenue
        Titusville, Florida 32780

4

27.   John H. "Bo" Bartlett
      1523 Laramie Circle
      Melbourne, Florida 32940

28.   Amy Mathews
      c/o Titusville Police Department
      1100 John Glenn Blvd.
      Titusville, Florida 32780

29.   Lt. Victor Rodriguez
      c/o Titusville Police Department
      1100 John Glenn Blvd.
      Titusville, Florida 32780

30.   Chief John Lau
      c/o Titusville Police Department
      1100 John Glenn Blvd.
      Titusville, Florida 32780

31.   Brevard County Sheriff's Office
      Reserve Volunteer Program
      Auxiliary Deputy Sheriff
      c/o Career Development Unit
      700 S. Park Ave.
      Titusville, Florida 32780

32.   Lt. Joseph Jenkins
      Brevard County Sheriff's Office
      c/o Career Development Unit
      700 S. Park Ave.
      Titusville, Florida 32780

33.   Ken Bragg
      c/o Brevard County Sheriff's Office
      700 S. Park Avenue
      Titusville, Florida

34.   Commander Ken Willis
      c/o Brevard County Sheriff's Office
      700 S. Park Avenue
      Titusville, Florida 32780

35.   Deputy Joe Jenkins
      c/o Brevard County Sheriff's Office
      700 S. Park Avenue
      Titusville, Florida 32780

36.   Robert T. Rose
      50 West Drive
      Melbourne, Florida 32904

37.   Heather Brown
      489 Valerie Drive
      Titusville, Florida 32796

38.   Sgt. Stephen Feaster
      5135 Everett Street
      Cocoa, Florida 32927

39.   Robert G. Burns
      Professional Investigations, Inc.
      P.O. Box 410697
      Melbourne, Florida 32941

40.   Matthew Poppe, PA-C
      Spine & Orthopaedic Center of NJ, LLC
      90 Sparta Avenue
      Sparta, NJ  07871

41.   Casey W. Langel, PA-C
      Brevard Orthopaedic Spine Pain Clinic
      2222 S. Harbor City Blvd.
      Melbourne, Florida 32901

42.   Anne Gregg, PA-C
      Brevard Orthopaedic Spine Pain Clinic
      2222 S. Harbor City Blvd.
      Melbourne, Florida 32901

43. Hicham Murhev, MD
    c/o BACK Center
    Brevard Orthopaedic Spine Pain Clinic
    2222 S. Harbor City Blvd.
    Melbourne, Florida 32901

44. Robby Hoffman, DPT
    Health First Medical Rehabilitation -Viera
    611 Sheridan Road
    Melbourne, Florida 32901

45. Phyllis Kapellen, M.D.
    First Choice Medical Group
    709 South Harbor City Boulevard
    Suite 100
    Melbourne, Florida 32901

46. Thomas Magee, M.D.
    NSI – Merritt Island
    255 N. Sykes Creek Parkway
    Suite 102
    Merritt Island, Florida 32953

47. Frederick Hartker, M.D.
    NSI – Merritt Island
    255 N. Sykes Creek Parkway
    Suite 102
    Merritt Island, Florida 32953

48. Marlon Adler, M.D.
    NSI – Merritt Island
    255 N. Sykes Creek Parkway
    Suite 102
    Merritt Island, Florida 32953

49. Carlene A. Gentles, M.D.
    Viera Diagnostic Center
    7000 Spyglass Court
    Viera, Florida 32940

50.   Stephen Miley, MD
      Viera Hospital ER
      8745 N. Wickham Road
      Viera, Florida 32940

51.   Preston Jones, M.D.
       Viera Hospital
        8745 N. Wickham Blvd.
      Viera, Florida 32940

52.   Rebecca Kahrs, R.N.
      Viera Hospital
      8745 N. Wickham Blvd.
      Viera, Florida 32940

53.   Julie Bell, M.D.
      Wuesthoff – Melbourne Regional Medical Center
      230 North Wickham Road
      Melbourne, Florida 32935

54.   Violet Slanac, DO
      Holmes Regional Medical Center
      1350 S. Hickory Street
      Melbourne, Florida 32901

55.   Jose Ramos, M.D.
      Holmes Regional Medical Center
      1350 S. Hickory Street
      Melbourne, Florida 32901

56.   Gabriel E. Cueto, M.D.
      Holmes Regional Medical Center
      1350 S. Hickory Street
      Melbourne, Florida 32901

57.   Lindsey Megregian, PA-C
      Palm Bay Hospital
      1425 Malabar Road NE
      Palm Bay, Florida 32905

8

58.   David J. Hilleren, M.D.
      Palm Bay Hospital
      1425 Malabar Road NE
      Palm Bay, Florida 32905

59.   Dmitry Rakita, M.D.
      Palm Bay Hospital
      1425 Malabar Road NE
      Palm Bay, Florida 32905

60.   Cape Canaveral Hospital
      701 W. Cocoa Beach Causeway
      Cocoa, Florida 32931

61.   Brevard Physician Associates, PLLC
      1775 W. Hibiscus Blvd.
      Suite 215
      Melbourne, Florida 32901

62.   Anesthesia Services of Brevard, P.A.
      520 E. Strawbridge Avenue
      Melbourne, Florida 32901

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on the 4th day of February, 2021 a true and

correct copy of the foregoing was served via EMAIL to: Scott A.

Turner, Esq., Beachside Legal Services, P.L.L.C., (efiling@beachsidelegal.com),

James I. Knudson, Esq., Knudson Brain Spine Injury Law Office, P.A.

(eservice@brainspineinjury.com).

**DELLECKER WILSON KING
MCKENNA RUFFIER & SOS
A Limited Liability Partnership**

BY: <u>s/ *Kenneth J. McKenna*</u>
Kenneth J. McKenna
Florida Bar No.  0021024
Daniel E. Smith, II
Florida Bar No. 0016249
719 Vassar Street
Orlando, FL 32804-4920
(407) 244-3000
KJMeservice@dwklaw.com
DESeservice@dwklaw.com
Co-Counsel for Plaintiffs

10

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOSE A. RODRIGUEZ and
KARINA RODRIGUEZ,**

       **Plaintiffs,**

v.

**GEICO GENERAL INSURANCE
COMPANY, and GOVERNMENT
EMPLOYEES INSURANCE
COMPANY,**

       **Defendants.**

_____/

**CASE NO.: 6:19-cv-1862-Orl-40GJK**

## DEFENDANTS EXPERT AND WITNESS DISCLOSURES

COMES NOW, the Defendants, GEICO GENERAL INSURANCE COMPANY and GOVERNMENT EMPLOYEES INSURANCE COMPANY, by and through the undersigned and file these Expert Disclosures as follows:

1.      In addition to the previously filed Initial Disclosure 26(a)(2)(A)(B)(C)(D): experts and Records Custodians for and/or health care providers who have examined, treated or tested Plaintiff including but not limited to:

a.      Brevard County Orthopedic & Spine Associates
2090 Sarno Road
Melbourne, FL 32935
(772) 245-3820

The physicians at Brevard County Orthopedic & Spine Associates are the Plaintiff's treating physicians (hybrid experts) who are expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

b.      Brevard Physician Associates
Dr. Gordon
Dr. Clodfelter
Dr. Miley
Dr. Boggs
Dr. Pearse
1775 W Hibiscus Blvd Suite 215
Melbourne, FL 32901
(321) 837-3820

The physicians at Brevard Physician Associates are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries.

c.      Chilton Hospital Medical Center
Dr. Sreven Richman
Dr. David Miller
97 West Pkwy
Pompton Plains, NJ 07444
(973) 831-5000

The physicians at Chilton Medical Center are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

d.      Dr. David B. Basch
Matthew Poppe, PA
Spine and Orthopedic Center of New Jersey
90 S. Sparta Ave
Sparta Township, NJ 07871
(973) 726-9500

Dr. Basch is the Plaintiff's treating physician (non-retained expert) who is expected to discuss the Plaintiff's alleged injuries and medical history.

e.      Dr. Marc I. Sharfman
Headache and Neurological Treatment Institute
2137 W State Rd 434
Longwood, FL 32779
(407) 644-3737

Dr. Sharfman is the Plaintiff's treating physician (hybrid expert) who is expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

f.      Dr. Mark A. Spears
Dr. Brian Griffith
Dr. Sheikh
Dr. David Pearse
Dr. Melody King
Dr. Ruben Pipek
Health First Medical Group
7125 Murrell Rd
Melbourne, FL 32940
(321) 361-5596

The physicians at Health First are the Plaintiff's treating primary care physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries.

g.      Dr. Phyllis Kapellen
Chris Romandetti
Kris Jones
First Choice Medical Group
709 S Harbor City Blvd
Melbourne, FL 32901
(321) 802-5810

The physicians at First Choice Medical Group are the Plaintiff's treating physicians (hybrid experts) who are expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

h.      Robby Hoffman, DPT
        Health First Rehabilitation
        611 E Sheridan Rd
        Melbourne, FL 32901
        (321) 434-5231

The physicians and therapists at Health First Rehabilitation are the Plaintiff's treating physicians and therapists (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries.

i.      Dr. Violet Slanac
        Dr. Jose Ramos
        Dr. Gabriel E. Cueto
        Dr. Douglas Gordon
        Dr. David Hilleren
        Dr. Rakita
        Holmes Regional Medical Center
        1350 Hickory St
        Melbourne, FL 32901
        (321) 434-7000

The physicians are (non-retained experts) expected to discuss alleged medical history.

j.      Health First Medical Group
        1223 Gateway Dr
        Melbourne, FL 32901
        (321)725-4500

The physicians at Health First Medical Group are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

k.      Dr. Stephen Miley
        Dr. Preston Jones
        Rebecca Kahr, RN
        Dr. David Pearse
        Robby Hoffman, DPT
        Dr. Clodfelter
        Dr. Ross Goodfellow
        Dr. Sheikh
        Dr. Douglas Gordon
        Dr. Daniel Forrest
        Health First/Viera Hospital
        8745 N Wickham Rd
        Melbourne, FL 32940
        (321) 434-9000

The physicians at Health First/ Viera Hospital are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

l.      Medical Park Imaging
Dr. Achaibar
Dr. Fertakos
Dr. Joung Lee
330 Ratzer Rd
Wayne, NJ 07470
(973) 696-5770

The radiologists at Medical Park Imaging are the Plaintiff's treating radiologists (non-retained experts) who are expected to discuss the Plaintiff's diagnostic studies and medical history.

m.    Dr. Julie Bell
Melbourne Regional Medical Center
250 N Wickham Rd
Melbourne, FL 32935
(321) 752-1200

The physicians at Melbourne Regional Medical Center are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

n.     Dr. Thomas Magee
Dr. Frederick Hartker
Dr. Marlon Adler
NSI/NeuroSkeletal Imaging of Merritt Island
255 N Sykes Creek Pkwy
Merritt Island, FL 32953
(321) 454-6335

The radiologists at NeuroSkeletal Imaging are the Plaintiff's treating radiologists (hybrid experts) who are expected to discuss the Plaintiff's diagnostic studies, letters of protections, attorney referrals, litigation involvement and billing practices.

o.     Progressive Diagnostic Imaging
44 NJ-23 STE 100
Riverdale, NJ 07457
(973) 839-5004

The radiologists at Progressive Diagnostic Imaging are the Plaintiff's treating radiologists (non-retained experts) who are expected to discuss the Plaintiff's diagnostic studies and medical history.

p.     Publix Pharmacy
3300 Publix Corporate Pkwy
Lakeland, FL  33811-3311
(863) 688-1188

This pharmacy is the plaintiff's pharmacy (non-retained experts) and a representative is expected to discuss the plaintiffs medication history.

q.   Saint Clare's Denville Hospital
     Dr. Basch
     Dr. Li
     Dr. Freeman
     Dr. Waran
     25 Pocono Rd
     Denville, NJ 07834
     (973) 625-6000

     The physicians at Saint Clare's Denville Hospital are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

r.   Surgical Center of Milburn
     Dr. Basch
     37 E Willow St
     Millburn, NJ 07041
     (973) 821-3387

     The physicians at Surgical Center of Milburn are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

s.   Dr. Devin K. Datta
     Dr. Hicham Merhev
     Dr. Syed Farhan Zaidi
     Casey W. Langel, PA-C
     Anne Gregg, PA-C
     Chris Romandetti
     Kris Jones
     The Back Center
     2222 S Harbor City Blvd
     Melbourne, FL 32901
     (321) 723-7216

     The physicians at The Back Center are the Plaintiff's treating physicians (hybrid experts) who are expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

t.   Dr. Carlene A. Gentles
     Viera Diagnostic Center
     7000 Spyglass Ct #160/260
     Melbourne, FL 32940
     (321) 254-7880

     The radiologists at Viera Diagnostic Center are the Plaintiff's treating radiologists (non-retained experts) who are expected to discuss the Plaintiff's diagnostic studies.

u.   Dr. David J. Hilleren
     Dr. Dmitry Rakita
     Lindsey Megregian, PA-C
     Palm Bay Hospital
     1425 Malabar Road NE
     Palm Bay, FL 32905

The physicians at Palm Bay Hospital are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

v.      Anesthesia Services of Brevard, P.A.
520 E. Strawbridge Avenue
Melbourne, FL 32901

The physicians at Anesthesia Services of Brevard, P.A. are the Plaintiff's treating anesthesiologists (hybrid experts) who are expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

w.      Dr. James Schumacher (CME)
1921 Waldemere Street, Suite 809
Sarasota, FL 34239

Dr. Schumacher is a defense retained expert/neurosurgical Compulsory Medical Examiner who is expected to testify on behalf of the defense as to Plaintiff's alleged injuries, permanency, causation, prior injuries, prior treatment, plaintiffs medical records, examination, plaintiffs medical films and all other matters within his reports and addendums. His reports and addendums have been previously provided as required. His deposition has been taken and he has provided his opinions.

x.      Cape Canaveral Hospital
701 W. Cocoa Beach Causeway
Cocoa, Florida 32931

The physicians at Cape Canaveral Hospital are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

y.      Dr. Victor Roberts
Endocrine Associates of Florida
766 N Sun Dr Suite 2060
Lake Mary, FL 32746
(407) 936-3860

Dr. Roberts is the Plaintiff's treating physician (non-retained expert) who is expected to discuss the Plaintiff's alleged injuries.

z.      Dr. Ruben Pipek
Health First Medical Center
6619 N. Wickham Road
Melbourne, Florida 32940
(321) 259-9500

The physicians at Health First Medical Center are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

aa.      Dr. Stacy Walters
7775 N. Wickham Road
Melbourne, Florida 32940
(321) 255-5200

Dr. Walters is the Plaintiff's treating physician (non-retained expert) who is expected to discuss the Plaintiff's alleged injuries.

bb.     Dr. John Mackenney
        6550 N Wickham Rd # 4
        Melbourne, FL 32940
        (321) 259-4268

        Dr. Mackenney is the Plaintiff's treating physician (non-retained expert) who is expected to discuss the Plaintiff's alleged injuries.

cc.     Dr. David Badolato
        6300 N. Wickham Road
        Melbourne, Florida 32940
        (321) 253-2169

        Dr. Badolato is the Plaintiff's treating physician (hybrid expert) who is expected to discuss the Plaintiff's alleged injuries, letters of protections, attorney referrals, litigation involvement and billing practices.

dd.     Health First Urology
        1026 Pathfinder Way
        Rockledge, FL 32955
        (321) 631-2070

        The physicians at Health First Urology are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

ee.     Dr. Bryan Zeigler
        Orthopaedics of Brevard
        830 Executive Ln #120
        Rockledge, FL 32955
        (321) 639-2551

        The physicians at Orthopaedics of Brevard are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

ff.     Dr. Ghobadi
        Advanced Orthopedics and Hand Surgery Institute
        504 Valley Road
        Wayne, NJ 07470
        (973) 942-1315

        Dr. Ghobadi is the Plaintiff's treating physicians (non-retained experts) who is expected to discuss the Plaintiff's alleged injuries and medical history.

gg.     Dr. Basch
        Specialty Surgical Center
        380 Lafayette Road
        Sparta, NJ 07871
        (973) 940-3166

        The physicians at Specialty Surgical Center are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

hh.    Jersey City Medical Center
       355 Grand Street
       Jersey City, NJ 07302
       (201) 915-2000

       The physicians at Jersey City Medical Center are the Plaintiff's treating physicians (non-retained experts) who are expected to discuss the Plaintiff's alleged injuries and medical history.

ii.    Brevard Anesthesia Services
       520 E. Strawbridge Ave
       Melbourne, Florida 32901
       (321) 837-3820

       The physicians at Brevard Anesthesia Services are the Plaintiff's treating physicians (hybrid experts) who are expected to discuss the Plaintiff's alleged injuries, litigation involvement, letters of protections, attorney referrals and billing practices.

jj.    Dr. Gregory O'Shanick
       Center for Neurorehabilitation Services
       7401 Beaufont Springs Dr Suite 205
       North Chesterfield, VA 23225
       (804) 272-0114

       Dr. O'Shanick is the Plaintiff's hired expert alleged to be qualified and capable of testifying as to the alleged closed head injury.

kk.    Dr. Earnest Bordini
       2121 NE 40th Terrace,
       Gainsville, FL 32605

       Dr. Earnest Bordini is a retained defense expert in neuropsychology that has been retained to address plaintiff's alleged closed head injury claim.  The test report has previously been provided as required.  He has been deposed and disclosed his opinions.

ll.    Dr. Christopher Thune
       5678 Berkshire Valley Road
       Oakridge, NJ 07438

       Dr. Thune is a treating physician (non-retained expert) who is expected to discuss plaintiff's alleged injuries and medical history.

mm.    Dr. Michael Torsiello
       24 Godwin Ave.
       Midland Park, NJ 07432

       Dr. Torsiello is a treating physician (non-retained expert) who is expected to discuss plaintiff's alleged injuries and medical history.

nn.    Advent Health Waterford Lakes
       601 Rollins Ave,13091 E. Colonial Drive
       Orlando, Fl 32826
       Dr. Padgett
       Dr. Reynald Lamarre

These physicians have very recently treated the Plaintiff for a substantial stroke. It is unknown at this time the full list of all involved in his care due to the recency and unknown about this stroke.

oo.     Carlyn Welbourne
        GEICO representative
        C/O GEICO counsel

She will testify to all matters as discussed during her deposition including underwriting and GEICO procedures for policies.

Respectfully Submitted, on this 4th day of February, 2021.

/s/ Scott A. Turner

February 4, 2021                    SCOTT A. TURNER, ESQUIRE
Satellite Beach, FL                 Florida Bar No.: 0893722
                                    Beachside Legal Services, P.L.L.C.
                                    1180 Highway A1A
                                    Satellite Beach, FL 32937
                                    Sturner@beachsidelegal.com
                                    Efiling@beachsidelegal.com
                                    angie@beachsidelegal.com
                                    (321) 255-5501
                                    Counsel for Geico General and
                                    Government Employees
                                    Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email to: Kenneth J. McKenna, Esquire, Dellecker Wilson King McKenna, Ruffier & Sos, 719 Vassar Street, Orlando, FL 32804 KJMeservice@dwklaw.com; Ryoung@dwklaw.com (Co-Counsel for Plaintiffs) and James I. Knudson, Esquire, Knudson Injury Law, Harbor Center One, 2210 Front Street, Suite 307, Melbourne, FL 32901 eservice@brainspineinjury.com (Co-counsel for Plaintiffs) on February 4, 2021.

February 4, 2021
Satellite Beach, FL

/s/ Scott A. Turner
SCOTT A. TURNER, ESQUIRE
Florida Bar No.: 0893722
Beachside Legal Services, P.L.L.C.
1180 Highway A1A
Satellite Beach, FL 32937
Sturner@beachsidelegal.com
Efiling@beachsidelegal.com
angie@beachsidelegal.com
(321) 255-5501
Counsel for Geico General and
Government Employees
Insurance Company