**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

# MARCH 2021 TRIAL CALENDAR

The following cases are set for trial during the **March 1, 2021** through **March 31, 2021** trial term in the United States District Court, 401 West Central Blvd., Courtroom 4B, 4th floor, before the Honorable Paul G. Byron.

The cases are listed in chronological order unless otherwise noted, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names of all attorneys are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

As to defendants in criminal cases who are on bond, counsel are responsible for notifying the defendants when their case is called for trial and that their presence is required.

Exhibit and Witness Lists (three copies) shall be filed with the Courtroom Deputy on the first day of trial. All exhibits are to be pre-marked in accordance with the instructions contained in M.D. Fla. Local Rule 3.07. Plaintiffs and Defendants shall use a numerical system to mark exhibits, i.e., 1, 2, 3, etc.

For jury trials, no later than three (3) days prior to the trial term, proposed voir dire, jury instructions, and verdict form are to be filed electronically or with the Clerk's office.

Counsel in civil cases are reminded of their obligation to file separate Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).

**Counsel and pro se parties must advise Judge Byron's deputy clerk immediately of any development which would in any way affect the trial of the case (including entry of guilty pleas in criminal cases).**

Failure to advise the Court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.

The courtroom is equipped with evidence presentation technology. If you have any questions regarding the use of this equipment or any cases on this calendar, please contact Grace Farey at 407-835-4219.

Counsel and their witnesses are expected to be available on TWENTY-FOUR HOURS notice. *Witnesses must wear proper business attire.*

**Note:** Photo IDs are required for entrance into the Federal Building. Cellular telephones and laptop computers are prohibited, beyond a courthouse's security checkpoint, where federal judicial proceedings of any kind are conducted in the Middle District of Florida. However, any attorney of the United States' Attorney's Office, the Federal Defender's Office, any law enforcement officer on official business, and any attorney permitted to practice law in the Middle District of Florida may bring cellular telephones and laptop computers beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card or *pro hac vice* order.

Dated: February 5, 2021

Distribution:
Judge Byron's Chambers
U.S. Magistrate Judges
Counsel of Record
U.S. Attorney's Office
Federal Public Defender
U.S. Pretrial Services
U.S. Marshal Service
U.S. Probation Office
Jury Clerk
Court Reporter
Court Security Officers

| **JUDGE PAUL G. BYRON** | **MARCH 2021 TRIAL TERM** |
|---|---|
| **Case No. 1**<br>6:20-cr-93-PGB-GJK | Date Certain Jury Trial: March 1, 2021<br>(3 days) |
| UNITED STATES OF AMERICA | Chauncey Bratt<br>407-648-7506 |
| -v- | |
| CYNTHIA FANOR and<br><br>DOUGER DESSOURCES | Jenna Kelly<br>407-648-6338<br>Michael Nielsen<br>407-327-5865 |
| **Case No. 2**<br>6:20-cr-134-PGB-LRH | Date Certain Jury Trial: March 8, 2021<br>(3 days) |
| UNITED STATES OF AMERICA | Dana Hill<br>407-684-7500 |
| -v- | |
| TYRONE MAURICE REYNOLDS | Joshua Lukman<br>407-648-6338<br>Ali Kamalzadeh<br>407-648-6338 |
| **Case No. 3**<br>6:18-cv-1639-PGB-DCI | Date Certain Jury Trial: March 8, 2021<br>(5 days) (if criminal case resolves) |
| RIVERSIDE APARTMENTS OF COCOA, LLC | Thomas Connick<br>216-364-0512<br>Joseph Janssen<br>561-420-0583 |
| -v- | |
| LANDMARK AMERICAN INSURANCE COMPANY | Scott Frank<br>813-281-1900<br>William Lewis<br>813-281-1900<br>David Maldoff<br>813-281-1900<br>Troy Seibert<br>813-281-1900<br>Maxwell Stape<br>813-594-5118 |

| | |
|---|---|
| **Case No. 4**<br>6:19-cr-236-PGB-GJK | Date Certain Jury Trial: March 15, 2021<br>(4-5 days) |
| UNITED STATES OF AMERICA | Dana Hill<br>407-648-7500 |
| -v- | |
| JESSIE LEE MARTINEZ | Karla Reyes<br>407-648-6338<br>James Skuthan<br>407-648-6338 |

| | |
|---|---|
| **Case No. 5**<br>6:19-cv-1631-PGB-DCI | Date Certain Jury Trial: March 15, 2021<br>(5 days) (if criminal case resolves) |
| DALE L WHITTINGTON JR. | Andrew Kwan<br>561-514-0900<br>John Pankauski<br>561-514-0900<br>Jason Lazarus<br>561-514-0900 |
| -v- | |
| NERISSA J. WHITTINGTON | Michael Harwin<br>305-789-3200<br>Chelsea Koff<br>954-462-9587<br>Eric Loman<br>505-767-0577<br>Kelly O'Keefe<br>850-329-4893 |

| | |
|---|---|
| **Case No. 6**<br>6:19-cv-1194-PGB-LRH | Date Certain Jury Trial: March 22, 2021<br>(3 days) |
| THOMAS DOERR and LORRAINE DOERR | Michael Saracco<br>321-505-7542 |
| -v- | |
| JOHN ALPLANALP | Stephen Brown<br>914-949-2700<br>Anna Torres<br>561-510-4855<br>Michael Crist<br>954-229-9951 |

| | |
|---|---|
| **Case No. 7**<br>6:19-cv-1862-PGB-GJK | <u>Date Certain Jury Trial: March 29, 2021</u><br>(5 days) |
| JOSE A. RODRIGUEZ and KARINA RODRIGUEZ | James Knudson<br>321-632-2722<br>Daniel Smith<br>407-244-3000<br>Ryan Young<br>407-244-3000<br>Kenneth McKenna<br>407-244-3000 |
| -v- | |
| GEICO GENERAL INSURANCE COMPANY and GOVERNMENT EMPLOYEES INSURANCE COMPANY | Scott Turner<br>321-255-5501 |